**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6078**

———————

JAMES AARON HAYES,

    Plaintiff - Appellant,

    v.

TRACY PHILLIPS; GLORIA THORNBURG; WILLARD R. HALL,

    Defendants – Appellees,

    and

AGUSTAS HILYARD; THOMAS ASBELL; ROBERT C. LEWIS; MICHAEL A. HARDEE,

    Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge. (5:12-ct-03208-D)

———————

Submitted:  May 19, 2015               Decided:  May 21, 2015

———————

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Aaron Hayes, Appellant Pro Se.  Jodi Harrison, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Aaron Hayes appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Hayes' motion for appointment of counsel and affirm for the reasons stated by the district court. Hayes v. Phillips, No. 5:12-ct-03208-D (E.D.N.C. June 10, 2013 & Dec. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2